

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-19-00109-CV

**IN RE** David **RODRIGUEZ** and Phillip Rodriguez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:   Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Beth Watkins, Justice

On March 1, 2019, relators filed a petition for writ of mandamus and an emergency motion for stay of the underlying proceedings pending final resolution of the petition. After considering the petition, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The emergency motion to stay is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on March 4, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2018-CI-23741, styled *David Rodriguez, Individually and As Next Friend of Phillip Rodriguez, a Minor v. H.E. Butt Grocery Company, et al.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.